PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EMMANUEL BLANKSON MARFO, | ) | |
| | ) | CASE NO. 3:26-CV-01293 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| KEVIN RAYCRAFT, *et al.*, | ) | |
| | ) | **ORDER** |
| Respondents. | ) | |

Petitioner Emmanuel Blankson Marfo filed a Petition for a Writ of *Habeas Corpus* under

28 U.S.C. § 2241 on June 3, 2026.  *See* ECF No. 1.  On June 14, 2026, Petitioner filed a Notice

of Motion and Emergency *Ex Parte* Motion for Temporary Restraining Order to stay his

imminent removal from the United States.  *See* ECF No. 2.  Petitioner is presently detained at

the Central Louisiana Processing Center in Jena, Louisiana.  On review, the Court Orders the

following:

(1) Respondents are enjoined from removing Petitioner from the United States
pending resolution of this Petition.

(2)  Respondents shall file a response to Petitioner's Notice of Motion and
Emergency *Ex Parte* Motion for Temporary Restraining Order by 4:00 PM on
June 16, 2026.

(3) The Parties shall convene for a telephonic status conference with the Court on
June 17, 2026 at 11:15 AM to address the Petition and Emergency Motion for a
Temporary Restraining Order.  Each side will be allotted fifteen minutes to
present arguments.  Counsel for Petitioner shall initiate the conference call to the
Court at (330) 884-7435 with counsel for Respondents already on the line.

IT IS SO ORDERED.

| | |
|---|---|
| June 16, 2026 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |