PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EMMANUEL BLANKSON MARFO, | ) | |
| | ) | CASE NO. 3:26-CV-01293 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| KEVIN RAYCRAFT, *et al.,* | ) | |
| | ) | **ORDER** |
| Respondents. | ) | |

In compliance with the Temporary Restraining Order issued on June 17, 2026, *see* ECF No. 6, Respondents returned Petitioner Emmanuel Blankson Marfo from the Central Louisiana Processing Center in Jena, Louisiana to the Mahoning County Jail in Youngstown, Ohio.  *See* ECF No. 11–1 at PageID #: 198.  They then released Petitioner "from custody on June 25, 2026 and placed [him] on an Order of Supervision[,]" and filed a "Notice of Release and Suggestion of Mootness."  ECF No. 11 at PageID #: 194.  The Court construes that filing as motion to dismiss the 28 U.S.C. § 2241 Petition for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1).  *See* ECF No. 11.  Petitioner disputes mootness and opposes dismissal for four reasons: (1) Petitioner remains "in custody" under supervised release; (2) a live controversy persists; (3) voluntary cessation does not render the Petition moot; and (4) judicial economy disfavors dismissal.  *See* ECF No. 12.

Petitioner's Order of Supervision reveals he was required to report to a satellite office of the Department of Homeland Security ("DHS") in Westerville, Ohio on Monday, June 29, 2026 at 8:00 AM.  The Parties shall confer and jointly file notice no later than 5:00 PM on June 29,

(3:26-CV-01293)

2026 detailing: (1) the outcome of Petitioner's DHS appointment; (2) if Petitioner is redetained, the stated legal basis—particularly whether Respondents invoke 8 U.S.C. §§ 1225(b) or 1226(a); (3) any modifications to the arguments presented earlier in this dispute (*e.g.*, whether Respondents maintain their position that Petitioner may be removed to Sierra Leone); (4) any other information considered relevant for the Court to resolve this matter.

IT IS SO ORDERED.

June 29, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge

2